consisting of hoods, valued at more than $18 and not more than $24 per dozen, were held dutiable at 40 percent ad valorem under paragraph 1526 (a), as modified, *supra*.

**No. 60330.**—Armand Schwab & Co., Inc., et al. *v.* United States, protests 214130–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 60331.**—Bloomingdale Bros., a Div. of Federated Dept. Stores, Inc. *v.* United States, protests 216241–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiff was sustained.

**No. 60332.**—The Frank H. Lee Co. and R. F. Downing & Co., Inc. *v.* United States, protest 235463–K (New York).

Opinion of MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of fur hoods, valued at more than $12 and not more than $15 per dozen, the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 60333.**—Lou I. Lubin & Sons, Inc. *v.* United States, protests 238340–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiff was sustained.

No. 60334.—Edward Hornstein, Inc. *v.* United States, protests 253852–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiff was sustained.

No. 60335.—Lou I. Lubin & Sons, Inc., et al. *v.* United States, protests 255784–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

No. 60336.—Lou I. Lubin & Sons, Inc. *v.* United States, protests 261188–K, etc. (New York).